UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DORIS SPEED ANDREWS,
    Plaintiff,

v.

MASSACHUSETTS BAY TRANSPORTATION
AUTHORITY, A/K/A MBTA,
    Defendant.

Civil Action
No. 11-10232-JLT

## ORDER ON MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES

TAURO, D.J.

    Upon review of the plaintiff's pleadings, it is hereby ORDERED that:

(1) plaintiff's Motions for Leave to Proceed *in forma pauperis* (Docket Nos. 2 and 3) are GRANTED.

(2) The Clerk shall issue a summons.

(3) The Clerk shall send the summons, Complaint, and this Order to the plaintiff, who must thereafter serve the defendant in accordance with Federal Rule of Civil Procedure 4(m). The plaintiff may elect to have service made by the United States Marshal Service. If directed by the plaintiff to do so, the United States Marshal shall serve the summons, Complaint, and this Order upon the defendant, in the manner directed by the plaintiff, with all costs of service to be advanced by the United States Marshal Service. Notwithstanding Fed. R. Civ. P. 4(m) and Local Rule 4.1, the plaintiff shall have 120 days from the date of this Order to complete service.

SO ORDERED.

/s/ Joseph L. Tauro
JOSEPH L. TAURO
UNITED STATES DISTRICT JUDGE

DATED: March 2, 2011